IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATIONAL TRUST INSURANCE COMPANY                                             PLAINTIFF

v.                                         Civil No. 2:17CV2053

ARKLAHOMA INDUSTRIAL REFRIGERATION INC., et al                    DEFENDANTS

CLERK'S ORDER OF DISMISSAL

On this 14th day of February, 2018, the Parties herein, having filed this Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS ORDERED that all claims and counterclaims be dismissed with prejudice.

AT THE DIRECTION OF THE COURT,

DOUGLAS F. YOUNG, CLERK

BY: /s/ Heather N. Conklin
    Deputy Clerk